## WILLIAM REED v. STATE.

No. A-4870.  Opinion Filed June 27, 1925.
Rehearing Denied Oct. 30, 1925.
(240 Pac. 132.)

James A. Embry, for plaintiff in error.

George F. Short, Atty. Gen., and Chas. Hill Johns, Asst. Atty. Gen., for the State.

EDWARDS, J.  This is a companion case to Roberts v. State, 31 Okla. Cr. 103, 237 Pac. 148, just decided. The evidence of the state is substantially the same and the questions presented on this appeal the same, and, while no briefs have been filed in this case, it has been agreed that the briefs in No. A-4835, supra, should, so far as applicable, be considered in this case.

Upon the authority of, and for the reasons assigned in No. A-4835, supra, the case is affirmed.

BESSEY, P. J., and DOYLE, J., concur.